## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**RAMON SANCHEZ-MORALES**          **DOCKET NO. 2:24-CV-01232**
    **REG. # 29890479**

**VERSUS**          **JUDGE JAMES D. CAIN, JR.**

**FELIPE MARTINEZ, JR.**          **MAGISTRATE JUDGE LEBLANC**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Sanchez-Morales' petition be **DENIED** and **DISMISSED** as **MOOT**.

**THUS DONE AND SIGNED** in chambers this 29th day of September, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**